# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| RODNEY D. JONES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:10CV162 SNLJ |
| | ) | |
| GEORGE A. LOMBARDI, et al., | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

Before the Court are plaintiff's motions for reconsideration and to alter or amend judgment.

On January 12, 2011, the Court dismissed this pro se lawsuit pursuant to Fed.R.Civ.P. 41(b), due to plaintiff's failure to comply with the Court's November 8, 2010 Order. In the November 8, 2010 Order, plaintiff was given thirty (30) days to file an amended complaint in this action, due to deficiencies in plaintiff's original complaint. Plaintiff asserts, in the motions before this Court, that he did not receive a copy of the Court's November 8, 2010 Order. Thus, he requests that the Court vacate its dismissal and provide him with additional time to amend his complaint. The Court will grant plaintiff's request.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motions for reconsideration and to alter or amend judgment [Doc. #9 and #10] are **GRANTED**.

**IT IS FURTHER ORDERED** that the January 12, 2011 Order of Dismissal is **VACATED**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall provide to plaintiff a copy of the Court's November 8, 2010 Order, in addition to a copy of the Court's form Prisoner Civil Rights Complaint.

**IT IS FURTHER ORDERED** that thirty (30) days from the date of this Order, **plaintiff shall pay an initial partial filing fee of $1.98 and file an amended complaint**, in compliance with the requirements set forth in the Court's November 8, 2010 Order.

**IT IS FURTHER ORDERED** that plaintiff's failure to comply with this Order shall result in a dismissal of this action, without prejudice, pursuant to Fed.R.Civ.P. 41 (b).

Dated this 3rd day of February, 2011.

STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE